# Exhibit 2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rich Negrin, Secretary
   Pennsylvania Department of Environmental Protection
   Rachel Carson State Office Building
   400 Market Street
   Harrisburg, PA 17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
   9589 0710 5270 0506 2928 90

9590 9402 7223 1284 6965 27

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael S. Regan, Administrator
   U.S. Environmental Protection Agency
   Office of the Administrator, 1101A
   1200 Pennsylvania Avenue
   Washington, D.C. 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   OCT 1 0 2023

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
   9589 0710 5270 0506 2929 13

9590 9402 7223 1284 6965 41

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Tracking Number:**

**9589071052700506292906**

 Copy    Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent for final delivery in PHILADELPHIA, PA 19103 on October 11, 2023 at 1:26 pm.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**
PHILADELPHIA, PA 19103
October 11, 2023, 1:26 pm

### Arrived at Post Office
PHILADELPHIA, PA 19104
October 11, 2023, 10:33 am

### Available for Pickup
PHILADELPHIA, PA 19103
October 7, 2023, 7:24 am

### In Transit to Next Facility
October 6, 2023

### Arrived at USPS Regional Destination Facility
PHILADELPHIA PA DISTRIBUTION CENTER
October 5, 2023, 9:35 pm

### Departed USPS Regional Facility
BROCKTON MA DISTRIBUTION CENTER
October 4, 2023, 7:51 pm