# Exhibit 5

3800-FM-BPNPSM0169A  4/2012

**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL PROTECTION

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF POINT AND NON-POINT SOURCE MANAGEMENT

## GENERAL INSPECTION REPORT (Non-NPDES)

| Type of Inspection<br>**Pollution Incident** | WQM Permit Number<br>**PA0006254** | County<br>**Beaver** | Municipality<br>**Potter Township** |
|---|---|---|---|

| Name and Location of Facility or Pollution Incident<br>**Styropek Beaver Valley Site** | Entry Time/Date<br>**~0900/21DEC2022** |
|---|---|
| **400 Frankfort Road, Monaca, PA 15061** | Exit Time/Date<br>**~1130/21DEC2022** |

| Name, Address of Responsible Party<br>**Todd Link** | Title<br>**Environmental Engineer** | |
|---|---|---|
| **400 Frankfort Road** | | |
| **Monaca, PA 15061** | Telephone<br>**(724)770-4380** | Contacted<br>Yes ☒    No ☐ |

**SUMMARY OF VIOLATIONS/RECOMMENDATION/COMMENTS:**

**The purpose of this visit was a result of a call received by Styropek on DEC 20, 2022 requesting permission to bring a temporary clarifier on line due to a malfunction during routine maintenance. During the visit, I was accompanied by Todd Link. Prior to conducting the visit, we discussed the issue of the sludge falling off the sides of the clarifier and clogging the outlet. In addition to notifying the Department, the facility took actions to reduce production and divert flow through the emergency overflow north settling basin. We also discussed the previous visit conducted October 26, 2022 to complete the annual inspection. During that inspection we discussed maintenance of the clarifer due to a raised sludge blanket and planned maintenance. Additionally, we agreed to visit the locations nurdles were found during a boat survey conducted by the Department on December 13, 2022. We started the visit at stormwater outfall 025. During excavation to install a catch basin, some visible nurdles were uncovered in the area and can be see throughout the soil where it was removed. It looked similar to what as found during the Department boat survey. We went to outfall 002. Raccoon Creek in that area still had a white like plume noted during the survey and seen in previous photos during inspections. We viewed some of the areas and discussed how and where the Department conducted the survey or nurdles on the bank and in the creek of this area. We then visited the quiescent pond. We viewed the weir and area where the facility conducts sampling. There was no visible nurdles at that time. We found a few on vegetation and banks of the pond.**

**Compliance Assistance Provided** ☐

**Pollution Prevention Activity** ☐

| Sample No. | Location | Field Measurements and Observations |
|---|---|---|
| **None Taken** | **Receiving stream at outfall** | **White plume in Raccoon Creek vic outfall discharge** |
| | | |

| Inspector Name<br>**Shawn P. Bell** | Inspector Signature<br>*Shawn P. Bell* | Title<br>**WQS** | Date **21DEC2022** |
|---|---|---|---|
| | | | Telephone<br>**412-442-4051** |
| Name of Person Interviewed<br>**Todd Link** | Signature of Person Interviewed<br>**e-mailed report 12/23/2022** | Title<br>**Environmental Engineer** | Date **21DEC2022** |
| | | | Telephone<br>**(724)770-4380** |

This document is official notification that a representative of the Department of Environmental Protection, inspected the above facility or site. The findings of this inspection are shown above and on any attached pages.

Any violations which were uncovered during the inspection are indicated. Violations may also be discovered upon examination of the results of laboratory analyses of the discharge and review of Department records. Notification will be forthcoming, if such violations are noted.

☐ White - Regional Office          ☐ Yellow - Responsible Person          ☐ Pink – Inspector

3800-FM-BPNPSM0169B   4/2012   **COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
**BUREAU OF POINT AND NON-POINT SOURCE MANAGEMENT**

## GENERAL INSPECTION REPORT (Non-NPDES)

| Name and Location of Facility or Pollution Incident<br>**Styropek Beaver Valley Site** | County<br>**Beaver** | Municipality<br>**Potter Township** |
| --- | --- | --- |

We viewed the turbidity screen at the quiescent pond and did not see any nurdles floating on the surface or at the screen. We also viewed the turbidity screen between the quiescent pond and aeration lagoon and did not see any nurdles floating on the surface. We went to the inlet from the clarifier to the aeration lagoon. It was this area in the vicinity of the chute that many nurdles were in the area along the bank of the lagoon and in the cattail vegetation. Also while we were at the aeration lagoon, I noted the foam and white streaks in the water appeared similar to what was seen in the vicintiy of the Raccoon Creek plume and where were able to initially find nurdles while sampling these streaks of foam. Next we went to view the temporary clarifier and the clarifier that malfunctioned. During that time we discussed maintenanc of the clarifier. There were several contracted and facility personnel working to address the issue.It was stated that maintenance was normally scheduled to occur twice a year by an outside party. They had just hired a new party to complete this maintenance. Facility personnel did not do the maintenance. We discussed and it was recommended that facility personnel do more routine inspections to avoid future incidents like today and the sludge blanket rising. It is possible that the lack of clarifier maintenance could be contributing to the issues with the nurdles being found in Raccoon Creek. Photos were taken of the temporary clarifier and current clarifier and sent to the Department engineer, Ryan Decker, to expedite approval to bring the temporary clarifier on line. The facility had the temporary clarifier on site since June but needed a slowing in production and some piping to be completed to request it be brought on line. We went to the north overflow settling basin next to the clarifier. Facility personnel stated it had less capacity than the clarifier and had shorter settling time. There was a skimmer to take floating material off the top. It does not reach all areas of the pond. There was also a turbidity screen at the outlet of the pond. There were many floating nurdles in the vicinity of the outlet, along the banks of the basin, and areas the skimmer did not reach. The nurdles were making their way around the turbidity screen. It was stated the turbidity screens go ~2 to 3 feet deep and nothing was supposed to go through them. It appears they are not working as required. We discussed the possibility of other screens with different micron sizes and routine maintenance. Upon completion of looking at these WWTP areas, we went to the areas of concern regarding improved BMPs to clean up any nurdles seen on the ground. Since the visit of the facility in OCT 2022, the facility has trained site personnel on identifying nurdles and measures to clean them up as soon as possible. Currently, they are in the process of implementing and refining a traffic cone system to identify the areas needing cleaned up. Additionally, the facility has hired a contractor to evaluate their BMPs, processes, and WWTP system to determine where nurdles are getting into the system and ways to prevent future occurrences. Prior to this incident, the Department has planned a visit on January 05, 2023 to do a walk through of the facility to include its process, WWTP, outfalls, and stream bank area near outfall 002 if safely accessible at that time.

The following are recommendations:  Continue to complete maintenance on the clarifier. Increase visual inspections and more maintenance on the WWTP, specifically, the clarifier. Continue to work with a contractor/third party to evaluate sources of nurdles to your storm water outfalls and WWTP outfall. Obtain core samples of the sediments in the quiescent, aeration, and north basins to determine the amount of nurdles found. If any are found, it is recommended cleaning out the sludge/sediment from these areas. Continue to do a more thorugh evaluation of nurdles found in the dead flow areas of the ponds/lagoon along with the vegetation to determine where nurdles are gathering and the possibility to remove them from these areas. Continue to improve the clean up of nurdles on the ground of the facility to prevent them from entering the WWTP and environment.

The following violations were noted during the inspection:  25 Pa Code 92a.41(a)(5) NPDES-Failure to properly operate and maintain all facilities which are installed or used by the permittee to achieve compliance. ; 25 Pa. Code 92a.41(c) NPDES-Discharge of floating materials, scum, sheen, foam, oil, grease or substances that produced an observable change or resulted in deposits in receiving waters.

We request that you submit a report to this office within 15 days of the date of this report, describing the cause of noncompliance and the steps being taken to prevent recurrence of the violations along with a correction schedule.

Photos attached.

| Inspector Name<br>**Shawn P. Bell** | Inspector Signature *Shawn P. Bell* | Date<br>**23DEC2022** |
| --- | --- | --- |

Page     of

☐ White - Regional Office          ☐ Yellow - Responsible Person          ☐ Pink - Inspector

# Styropek

## Photos Pollution Incident 12/21/2022

## Clarifier

# Stormwater Outfall 025




# Outfall 002




# Quiescent pond and weir discharge to outfall 002




# Quiescent pond and aeration lagoon

 

# Turbidity screen between aeration lagoon and quiescent pond; foam aeration lagoon




# Chute from clarifier/emergency overflow north settling basin; nurdles on shore & vegetation around chute




# Nurdles near clarifier chute to aeration lagoon; temporary clarifier





# Temporary clarifier





# Clarifier





# Clarifier

 

# Emergency overflow north settling basin




# Turbidity blanket and skimmer emergency overflow north settling basin; Nurdles near discharge to aeration lagoon from basin




# Nurdles in north settling basin along the bank and in the vegetation




# Cone system to identify nurdles on the ground to be cleaned up

