# Exhibit 6

3800-FM-BPNPSM0169A   4/2012

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
**BUREAU OF POINT AND NON-POINT SOURCE MANAGEMENT**

**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL PROTECTION

# GENERAL INSPECTION REPORT (Non-NPDES)

| Type of Inspection **Pollution Incident** | WQM Permit Number **PA0006254** | County **Beaver** | Municipality **Potter Township** |
|---|---|---|---|
| Name and Location of Facility or Pollution Incident **Styropek Beaver Valley Site** | | | Entry Time/Date **~0900/17JAN2023** |
| **400 Frankfort Road, Monaca, PA 15061** | | | Exit Time/Date **~1230/17JAN2023** |

| Name, Address of Responsible Party **Todd Link** | | Title **Environmental Engineer** | |
|---|---|---|---|
| **400 Frankfort Road** | | | |
| **Monaca, PA 15061** | | Telephone **(724)770-4380** | Contacted Yes ☒   No ☐ |

**SUMMARY OF VIOLATIONS/RECOMMENDATION/COMMENTS:**

**The purpose of this visit was to discuss the way ahead regarding improvements made to the WWTP clarifier and the plan to address pellets(nurdles) found at the property. We spent some time in the conference room discussing short term and long term actions proposed by the company to address these issues. After the meeting we did a tour of he WWTP and facility outfalls. Specifically, we viewed stormwater outfalls 021, 025, & outfall 002. There were nurdles visible in the soil at the stormwater outfalls. During the tour, there were some visible nurdles on the road and gravel areas marked with an orange cone system for clean up. The source of the nurdles in these locations has not been specifically determined and were part of the discussion prior to the site tour. There will be some short term measures and long term measures to determine the source as well as prevent future instances of nurdles being released. The clarifier was back on line and the plant treatment process was still being studied/adjusted to improve operations. Further study is planned to improve future operations. After viewing the WWTP we went to Outfall 002. There was still a white colored plume in the vicinity of the discharge into Raccoon Creek. We discussed the areas the Department took sampling. We also discussed future sampling to be conducted by the facility. After the site tour, we did a wrap up of our visit. We asked for a timeline of corrective actions to be taken to address the previously sent Notice of Violation regarding these violations. Both parties agreed to discuss entering into a Consent Order & Agreement.**

**Compliance Assistance Provided** ☐

**Pollution Prevention Activity** ☐

| Sample No. **None Taken** | Location **Receiving stream at outfall** | Field Measurements and Observations **White plume in Raccoon Creek vic outfall discharge** |
|---|---|---|
| | | |

| Inspector Name **Shawn P. Bell** | Inspector Signature *Shawn P. Bell* | Title **WQS** | Date **17JAN2023** |
|---|---|---|---|
| | | | Telephone **412-442-4051** |
| Name of Person Interviewed **Todd Link** | Signature of Person Interviewed **e-mailed report 01/30/2023** | Title **Environmental Engineer** | Date **17JAN2023** |
| | | | Telephone **(724)770-4380** |

This document is official notification that a representative of the Department of Environmental Protection, inspected the above facility or site. The findings of this inspection are shown above and on any attached pages.

Any violations which were uncovered during the inspection are indicated. Violations may also be discovered upon examination of the results of laboratory analyses of the discharge and review of Department records. Notification will be forthcoming, if such violations are noted.

Page 1 of 1

☐ White - Regional Office         ☐ Yellow - Responsible Person         ☐ Pink – Inspector

**3800-FM-BPNPSM0169B   4/2012**

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF POINT AND NON-POINT SOURCE MANAGEMENT**

## GENERAL INSPECTION REPORT (Non-NPDES)

| Name and Location of Facility or Pollution Incident<br>**Styropek Beaver Valley Site** | County<br>**Beaver** | Municipality<br>**Potter Township** |
|---|---|---|

Photos attached.

| Inspector Name<br>**Shawn P. Bell** | Inspector Signature  *Shawn P. Bell* | Date<br>**17JAN2023** |
|---|---|---|

Page ____ of ____

☐ White - Regional Office          ☐ Yellow - Responsible Person          ☐ Pink - Inspector

# Styropek

JAN 17, 2023, Visit

# Stormwater Outfalls 021 and 025




# Nurdles vicinity outfall 025 and road from admin area




# Insert in catch basins to prevent nurdles migration; more nurdles in gravel alongside road

 

# WWTP Clarifier and anti foam addition; nurdles in emergency pond between turbidity screens




# Discharge from emergency pond; discharge to aeration pond




# Bank of aeration pond with nurdle build up; discharge/sampling point for Outfall 002




# White plume visible in Raccoon Creek at Outfall 002


