UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PENNENVIRONMENT, INC. and THREE RIVERS WATERKEEPER, <br><br> Plaintiffs, <br><br> v. <br><br> BVPV STYRENICS LLC and STYROPEK USA, INC., <br><br> Defendants. | Civil Action No.: <br><br> 2:23-CV-02067-NR |

## DISCLOSURE STATEMENT OF PLAINTIFFS

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for PennEnvironment, Inc. and Three Rivers Waterkeeper, in the above captioned action, certifies that both entities are non-profit organizations and that these parties have no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

ATTORNEYS FOR PLAINTIFFS:

/s/ Matthew J. Donohue
Charles C. Caldart
Joshua R. Kratka
Matthew J. Donohue
*Pro hac vice motions to be filed*
National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4304 (phone)
mdonohue@nelc.org

/s/ Michael A. Comber
Michael A. Comber (PA ID No. 81951)
Comber Miller LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 894-1380
mcomber@combermiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I filed a copy of this document with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

*/s/ Michael Comber*
Michael Comber, Esq.