**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PENNENVIRONMENT, INC. and THREE RIVERS WATERKEEPER,<br><br>Plaintiffs,<br><br>PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>BVPV STYRENICS LLC and STYROPEK USA, INC.,<br><br>Defendants. | Civil Action No. 2:23-cv-02067-NR |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE FOLLOWING MANDATORY 45-DAY WAITING PERIOD**

The parties jointly move this Court to enter, after a statutorily mandated 45-day waiting period, the attached consent decree to fully settle this case. Pursuant to the Clean Water Act ("CWA"), 33 U.S.C. § 1365(c), a copy of the proposed consent decree is being sent to the U.S. Attorney General and U.S. EPA. Under that section of the CWA, the federal government has 45 days from receipt of the proposed consent decree to submit to the Court any comments it has on the decree. The parties will notify the Court when the 45-day period has expired.

1

Dated: September 3, 2025

/s/ Matthew J. Donohue
Matthew J. Donohue (MA Bar #686191)
Joshua R. Kratka (MA Bar #544792)
*Admitted pro hac vice*
National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4304
mdonohue@nelc.org

Michael A. Comber, Esq.
PA ID No. 81951
Comber Miller LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 894-1380
mcomber@combermiller.com

*Counsel for Plaintiffs,
PennEnvironment and Three Rivers Waterkeeper*

Respectfully submitted,

/s/ Alan S. Miller
Alan S. Miller, Esq.
PA ID No. 36757
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
(412) 281-5060
milleras@hh-law.com

*Counsel for Defendants,
BVPV Styrenics LLC and Styropek USA, Inc.*

/s/ Melanie Seigel
Melanie Seigel, Assistant Counsel
PA ID No. 315847
John H. Herman, Regional Chief Counsel
PA ID No. 64981
DEP, Southwest Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222-4739
mseigel@pa.gov

*Counsel for Plaintiff-Intervenor,
Pennsylvania Department of Environmental Protection*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2025, I filed a copy of this document with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

                            */s/ Matthew J. Donohue*
                            Matthew J. Donohue